IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA NICHOLE EGGLESTON MAYO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 1:18-cv-359-WKW-GMB [WO] |
| THE STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES CHILD SUPPORT ENFORCEMENT DIVISION, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now before the court is Plaintiff's Amended Complaint. Doc. 8. On March 19, 2018, Plaintiff Andrea Mayo filed her initial complaint in the above-styled matter. Doc. 1. On April 4, 2018, the court issued an order identifying a number of pleading deficiencies in that complaint, and instructing Mayo to file an amended complaint by April 18, 2018. Doc. 4. Mayo requested an extension of time on April 18, 2018, which the court granted. Docs. 5 & 7. On May 10, 2018, she filed her first amended complaint. Doc. 8. Within that complaint, Mayo requested "additional time in order to explain in detail each action by each actor and to do further research to set forth [her] case is accordance with the Federal Rules of Civil Procedure and to understand the details to be included." Doc. 8 at 2. To the extent that this a request for an extension of time, that request is GRANTED.

Accordingly, it is ORDERED that on or before **October 12, 2018** Mayo may file a second amended complaint. The court reiterates that failure to comply with the

requirements set out in its initial order directing Mayo to correct her first complaint (Doc. 4) may result in recommendation of dismissal.

DONE this 2nd day of October, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE