IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA NICHOLE EGGLESTON MAYO, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 1:18-CV-359-WKW |
| THE STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES CHILD SUPPORT DIVISION, MAURICE A. EGGLESTON, VICTORIA STUART, AYANNA REARDEN, J. MICHAEL CONAWAY, LORI COLLIER INGRAM, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of December, 2018.

                                          /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE